**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Freirich Foods, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 56-1471257 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 819 W. Kerr St. Salisbury, NC 28144 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Rowan | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   https://freirich.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Freirich Foods, Inc.                                          Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the above

B. *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____3119____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐  Chapter 7

☐  Chapter 9

☒  Chapter 11. *Check **all** that apply:*

  ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐  A plan is being filed with this petition.

  ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒  No.
☐  Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒  No
☐  Yes.

List all cases. If more than 1, attach a separate list

| | District | When | Relationship | Case number, if known |
|---|---|---|---|---|
| Debtor | _____ | _____ | _____ | _____ |

Debtor    Freirich Foods, Inc.                                                    Case number (*if known*) _____
          Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Freirich Foods, Inc.                                                      Case number (*if known*) _____
           _____
           Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __March 20, 2024__
              MM / DD / YYYY

**X** /s/  Paul Bardinas                                    Paul Bardinas
_____    _____
Signature of authorized representative of debtor           Printed name

Title   __President_____

---

**18. Signature of attorney**

**X** /s/ John A Northen                              Date   __March 20, 2024__
_____            MM / DD / YYYY
Signature of attorney for debtor

John A Northen 6789
_____
Printed name

Northen Blue LLP
_____
Firm name

1414 Raleigh Rd
Ste 435
Chapel Hill, NC 27517-8834
_____
Number, Street, City, State & ZIP Code

Contact phone   __(919) 948-6823__       Email address   __jan@nbfirm.com__

6789 NC
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Freirich Foods, Inc.

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 20, 2024    **X** /s/   Paul Bardinas
                                                        Signature of individual signing on behalf of debtor

                                                      Paul Bardinas
                                                      Printed name

                                                      President
                                                      Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Freirich Foods, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Americold Logistics, LLC Attn: Officer or Managing Agent 111 Imperial Drive Sanford, NC 27330 | | | Disputed | | | $8,068.93 |
| Atlantic Corporation Attn: Officer or Managing Agent 806 N. 23rd Street Wilmington, NC 28405 | | | | | | $1,913.45 |
| BJ's Wholesale Club Attn: Officer or Managing Agent 350 Campus Drive Marlborough, MA 01752 | | Refund | | | | $1,611,648.64 |
| Bunzl Processor Division Attn: Officer or Managing Agent 12240 Collections Center Chicago, IL 60693 | | | | | | $40,991.20 |
| Citron Cooperman & Co CPA's LLP Attn: Officer or Managing Agent 50 Rockefeller Plaza New York, NY 10020 | | | | | | $31,656.45 |
| Citron Cooperman Advisors LLC Attn: Officer or Managing Agent 50 Rockefeller Plaza New York, NY 10020 | | | | | | $4,914.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Freirich Foods, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Salisbury<br>Attn: Officer or Managing Agent<br>132 North Main Street<br>Salisbury, NC 28144 | | water service | | | | $16,910.06 |
| City of Salisbury<br>Attn: Officer or Managing Agent<br>132 North Main Street<br>Salisbury, NC 28144 | | sewer service | | | | $3,069.15 |
| Darrell Andrews Trucking Inc.<br>Attn: Officer or Managing Agent<br>1365 Harold Andrews Rd<br>Siler City, NC 27344 | | | | | | $4,452.75 |
| Dubois Chemicals Inc.<br>Attn: Officer or Managing Agent<br>2659 Solution Center<br>Chicago, IL 60677 | | | | | | $5,845.26 |
| Icon Boiler, Inc.<br>Attn: Officer or Managing Agent<br>2025 16th Street<br>Greensboro, NC 27415-3587 | | | Unliquidated Disputed | | | $211,218.00 |
| Knowde<br>Attn: Officer or Managing Agent<br>14005 Live Oak Ave.<br>Baldwin Park, CA 91706-1300 | | | | | | $7,132.85 |
| Piedmont Natural Gas<br>Attn: Officer or Managing Agent<br>324 E Liberty St<br>Salisbury, NC 28144 | | natural gas | | | | $11,002.44 |
| Senneca Holdings<br>Attn: Officer or Managing Agent<br>10021 Commerce Park Drive<br>Cincinnati, OH 45246 | | | | | | $30,377.79 |
| Tri-Lift NC, Inc.<br>Attn: Officer or Managing Agent<br>2421 Executive St<br>Charlotte, NC 28208 | | | | | | $5,058.80 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Freirich Foods, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Trim-Rite Food Corporation Attn: Officer or Managing Agent 801 Commerce Parkway Carpentersville, IL 60110 | | | | | | $14,017.92 |
| Tryangle Foods Attn: Officer or Managing Agent 17 Accord Park Ste 202 Norwell, MA 02061 | | Trade debt | | | | $51,811.56 |
| UFCW Local 174 Pension Fund Attn: Officer or Managing Agent 8751 18th Avenue Brooklyn, NY 11214 | | Pension plan termination | | | | $928,668.00 |
| USDA Food Safety & Inspection Service Attn: Officer or Managing Agent 6020 Six Forks Rd Raleigh, NC 27609 | | | | | | $6,333.19 |
| Wakefern Corp Attn: Officer or Managing Agent 5000 Riverside Dr Keasbey, NJ 08832 | | Refund | | | | $190,670.52 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Freirich Foods, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
    amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $      13,015,005.53

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $      13,015,005.53

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      9,526,366.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................    $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      4,998,261.83

4.    **Total liabilities** ..................................................................................................................................
    Lines 2 + 3a + 3b      $      14,524,627.83

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Freirich Foods, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First National Bank of PA | Checking | 8299 | $0.00 |
| 3.2. | Pinnacle Bank | Checking | 7900 | $262,072.00 |
| 3.3. | First National Bank of PA | Other financial account | 8398 | $0.00 |
| 3.4. | First National Bank of PA | Checking | 8406 | $50,000.00 |
| 3.5. | First National Bank of PA | Money market | 8430 | $3,426.53 |
| 3.6. | Pinnacle Bank | Money market | 7224 | $92,068.00 |

4.    **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   Freirich Foods, Inc._____   Case number *(If known)* _____
　　　　　Name

5.　　**Total of Part 1.**

　　　Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $407,566.53 |
|---|---|

**Part 2:　Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.　Go to Part 3.
☒ Yes Fill in the information below.

7.　　**Deposits, including security deposits and utility deposits**
　　　Description, including name of holder of deposit

　　　7.1.　Retainer, Northen Blue LLP _____　　$50,000.00

　　　7.2.　Retainer, Brooks Pierce law firm _____　　$100,000.00

8.　　**Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
　　　Description, including name of holder of prepayment

9.　　**Total of Part 2.**

　　　Add lines 7 through 8. Copy the total to line 81.

| | $150,000.00 |
|---|---|

**Part 3:　Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.　Go to Part 4.
☒ Yes Fill in the information below.

11.　　**Accounts receivable**

　　　11a. 90 days old or less:　　5,193,398.00　-　　25,000.00　= ....　　$5,168,398.00
　　　　　　　　　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

12.　　**Total of Part 3.**

　　　Current value on lines 11a + 11b = line 12.　Copy the total to line 82.

| | $5,168,398.00 |
|---|---|

**Part 4:　Investments**

13. **Does the debtor own any investments?**

☐ No.　Go to Part 5.
☒ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.　　**Mutual funds or publicly traded stocks not included in Part 1**
　　　Name of fund or stock:

15.　　**Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
　　　Name of entity:　　　　　　　　　　　　% of ownership

| | % of ownership | | | |
|---|---|---|---|---|
| 15.1.　Freirich Holdings, LLC (owns land and buildings) | 100 % | Estimated | | $800,000.00 |

Debtor    Freirich Foods, Inc.       Case number *(If known)* _____
       Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

     Add lines 14 through 16.   Copy the total to line 83.

| | $800,000.00 |
|---|---|

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Boxed raw beef & pork - 3rd party freezer | | $1,215,267.00 | Book Value | $1,215,267.00 |
| Boxed raw beef & pork - plant | | $1,217,095.00 | Book Value | $1,217,095.00 |
| 20. **Work in progress** Work in process | | $511,989.00 | Book Value | $511,989.00 |
| 21. **Finished goods, including goods held for resale** Finished goods - 3rd party freezer | | $971,037.00 | Book Value | $971,037.00 |
| Finished goods - plant | | $975,367.00 | Book Value | $975,367.00 |
| 22. **Other inventory or supplies** Packaging & dry goods | | $798,328.00 | Book Value | $798,328.00 |

23. **Total of Part 5.**

     Add lines 19 through 22.   Copy the total to line 84.

| | $5,689,083.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value    1,450,612.00   Valuation method   cost   Current Value   1,450,612.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

Debtor    Freirich Foods, Inc._____    Case number *(If known)* _____
       Name

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment and computers | $64,201.00 | Book Value | $64,201.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| | |
|---|---|
| | $64,201.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2021 BMW M440i | $36,000.00 | Estimated | $36,000.00 |
| 47.2. 2023 Hyundai Santa Fe | $0.00 | Estimated | $37,500.00 |
| 47.3. 2012 Nissan Leaf | $0.00 | Estimated | $3,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    Freirich Foods, Inc.                              Case number *(If known)* _____
           Name

| machinery & equipment | $508,123.00 | Book Value | $508,123.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| $584,623.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** Intellectual properties (trademarks, trade names, trade secrets | Unknown | | Unknown |

**61.** **Internet domain names and websites**

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   Freirich Foods, Inc.                                   Case number *(If known)*  _____
          <sub>Name</sub>

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**71.**   **Notes receivable**
         Description (include name of obligor)

Note due from Paul Bardinas      151,134.00 - _____ 0.00 = $151,134.00
                                  Total face amount   doubtful or uncollectible amount

**72.**   **Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**
         Claims against Americold and insurers, arising from spoliation of product due to lack of refrigeration          Unknown
         **Nature of claim**         _____
         **Amount requested**         $0.00

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**   **Total of Part 11.**                                               $151,134.00
         Add lines 71 through 77. Copy the total to line 90.

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ☒ No
         ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Freirich Foods, Inc.
      Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $407,566.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $150,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,168,398.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $800,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,689,083.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $64,201.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $584,623.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $151,134.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,015,005.53 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,015,005.53 |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    Freirich Foods, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**   BMW Financial Services
Creditor's Name
Attn: Officer or Managing Agent
PO Box 3608
Dublin, OH 43016-0306
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number** 1885

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2021 BMW M440i

Describe the lien
Vehicle Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $31,815.00

Column B: $36,000.00

---

**2.2**   First National Bank of PA
Creditor's Name
Attn: Anthony Leone

Describe debtor's property that is subject to a lien
First National Bank of PA - Checking - Acct#

Column A: $9,457,693.00

Column B: $12,637,371.53

| Debtor | Freirich Foods, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

12 Federal St, Suite 500
Pittsburgh, PA 15212

8299, outgoing checks; Pinnacle Bank - Checking - Acct# 7900, proposed DIP account for disbursements; First National Bank of PA - Other financial account - Acct# 8398, outgoing wires; First National Bank of PA - Checking - Acct# 8406, incoming customer pymts; First National Bank of PA - Money market - Acct# 8430, excess funds; Pinnacle Bank - Money market - Acct# 7224, proposed DIP account for excess funds; A/R; Freirich Holdings, LLC (owns land and buildings); Boxed raw beef & pork - 3rd party freezer; Boxed raw beef & pork - plant; Work in process; Finished goods - 3rd party freezer; Finished goods - plant; Packaging & dry goods; Office equipment and computers; machinery & equipment; Intellectual properties (trademarks, trade names, trade secrets; Claims arising from spoliation of product due to lack of refrigeration

Creditor's mailing address

**Describe the lien**
UCC-1 Financing Statement & setoff

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
Various

**Last 4 digits of account number**
0437

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | Hyundai Motor Finance | | **Describe debtor's property that is subject to a lien** | $36,858.00 | $37,500.00 |
|---|---|---|---|---|---|

Creditor's Name
PO Box 20829
Fountain Valley, CA
92728-0829

**Describe debtor's property that is subject to a lien**
2023 Hyundai Santa Fe

Creditor's mailing address

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
0347

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $9,526,366.00 |
|---|---|---|

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 2 of 3 |
|---|---|---|

Debtor    Freirich Foods, Inc.                     Case number (*if known*) _____
       Name

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Blanco Tackabery & Matamoros PA<br>Attn: George E. Hollodick<br>404 N. Marshall St.<br>Winston Salem, NC 27101 | Line _2.2_ | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

**Fill in this information to identify the case:**

Debtor name __Freirich Foods, Inc.__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Attn: Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>For Notice Purposes Only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>NC Department of Revenue<br>Attn: Bankruptcy Department<br>PO Box 1168<br>Raleigh, NC 27640 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>For Notice Purposes Only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Amazon Capital Services<br>Attn: Officer or Managing Agent<br>410 Terry Avenue North<br>Seattle, WA 98109<br><br>Date(s) debt was incurred __12/16/2023__<br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $115.42 |

Debtor      Freirich Foods, Inc.                                    Case number (if known) _____
                    Name

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,068.93 |

**3.2** Nonpriority creditor's name and mailing address
Americold Logistics, LLC
Attn: Officer or Managing Agent
111 Imperial Drive
Sanford, NC 27330

As of the petition filing date, the claim is: *Check all that apply.*   $8,068.93
☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  Various
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset?   ☐ No   ☒ Yes

**3.3** Nonpriority creditor's name and mailing address
AT&T Mobility
Attn: Officer or Managing Agent
208 S. Akard St
Dallas, TX 75202

As of the petition filing date, the claim is: *Check all that apply.*   $82.84
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/4/2024
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Atlantic Corporation
Attn: Officer or Managing Agent
806 N. 23rd Street
Wilmington, NC 28405

As of the petition filing date, the claim is: *Check all that apply.*   $1,913.45
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/12/2024
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
BJ's Wholesale Club
Attn: Officer or Managing Agent
350 Campus Drive
Marlborough, MA 01752

As of the petition filing date, the claim is: *Check all that apply.*   $1,611,648.64
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim:  Refund
Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Bunzl Processor Division
Attn: Officer or Managing Agent
12240 Collections Center
Chicago, IL 60693

As of the petition filing date, the claim is: *Check all that apply.*   $40,991.20
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Various
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

**3.7** Nonpriority creditor's name and mailing address
Canteen Refreshment Services
Attn: Officer or Managing Agent
2400 Yorkmont Rd.
Charlotte, NC 28217

As of the petition filing date, the claim is: *Check all that apply.*   $75.15
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/12/2024
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

**3.8** Nonpriority creditor's name and mailing address
Carolina Water Specialties LLC
Attn: Officer or Managing Agent
212 Cooper Lane
Easley, SC 29642

As of the petition filing date, the claim is: *Check all that apply.*   $1,050.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/12/2024
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

| Debtor | Freirich Foods, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31,656.45 |
|---|---|---|---|

Citron Cooperman & Co CPA's LLP
Attn: Officer or Managing Agent
50 Rockefeller Plaza
New York, NY 10020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/15/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,914.00 |
|---|---|---|---|

Citron Cooperman Advisors LLC
Attn: Officer or Managing Agent
50 Rockefeller Plaza
New York, NY 10020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/15/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,910.06 |
|---|---|---|---|

City of Salisbury
Attn: Officer or Managing Agent
132 North Main Street
Salisbury, NC 28144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/1/2024

**Basis for the claim:** water service

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,069.15 |
|---|---|---|---|

City of Salisbury
Attn: Officer or Managing Agent
132 North Main Street
Salisbury, NC 28144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/1/2024

**Basis for the claim:** sewer service

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $564.11 |
|---|---|---|---|

Copiers Plus
Attn: Officer or Managing Agent
7343 W Friendly Ave #C
Greensboro, NC 27410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/16/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,452.75 |
|---|---|---|---|

Darrell Andrews Trucking Inc.
Attn: Officer or Managing Agent
1365 Harold Andrews Rd
Siler City, NC 27344

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/8/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,845.26 |
|---|---|---|---|

Dubois Chemicals Inc.
Attn: Officer or Managing Agent
2659 Solution Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/12/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    Freirich Foods, Inc.              Case number *(if known)* _____

         Name

| | | |
|---|---|---|
| **3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.16**   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
Employment Security Commission
Attn: Bankruptcy Department
PO Box 25903
Raleigh, NC 27611
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:**  For Notice Purposes Only
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No   ☐ Yes

**3.17**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$39.81**
Grainger Parts
Attn: Officer or Managing Agent
1401 S. Mint Street
Charlotte, NC 28203-4135
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No   ☐ Yes

**3.18**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$211,218.00**
Icon Boiler, Inc.
Attn: Officer or Managing Agent
2025 16th Street
Greensboro, NC 27415-3587
☐ Contingent
☒ Unliquidated
☒ Disputed
**Date(s) debt was incurred**  12/18/2023
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No   ☐ Yes

**3.19**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$7,132.85**
Knowde
Attn: Officer or Managing Agent
14005 Live Oak Ave.
Baldwin Park, CA 91706-1300
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred**  1/31/2024
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No   ☐ Yes

**3.20**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$954.54**
Munters Corporation
Attn: Officer or Managing Agent
79 Monroe St.
Amesbury, MA 01913
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred**  3/6/2024
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No   ☐ Yes

**3.21**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$11,002.44**
Piedmont Natural Gas
Attn: Officer or Managing Agent
324 E Liberty St
Salisbury, NC 28144
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred**  3/1/2024
**Basis for the claim:**  natural gas
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No   ☐ Yes

**3.22**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$1,809,619.00**
Residuary QTIP Trust UA Jeff Freirich
Attn: Digna Freirich
3 Plne Tree Rd.
Salisbury, NC 28144
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred**  9/15/2007 & 5/1/2020
**Basis for the claim:**  Business Loan
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No   ☐ Yes

Debtor  Freirich Foods, Inc.                                    Case number (if known)  _____
_____
Name

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,377.79 |

Senneca Holdings
Attn: Officer or Managing Agent
10021 Commerce Park Drive
Cincinnati, OH 45246

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/7/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,058.80 |

Tri-Lift NC, Inc.
Attn: Officer or Managing Agent
2421 Executive St
Charlotte, NC 28208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/7/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,017.92 |

Trim-Rite Food Corporation
Attn: Officer or Managing Agent
801 Commerce Parkway
Carpentersville, IL 60110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/8/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51,811.56 |

Tryangle Foods
Attn: Officer or Managing Agent
17 Accord Park Ste 202
Norwell, MA 02061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/14/2024

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $928,668.00 |

UFCW Local 174 Pension Fund
Attn: Officer or Managing Agent
8751 18th Avenue
Brooklyn, NY 11214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/30/2017

**Basis for the claim:** Pension plan termination

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,333.19 |

USDA Food Safety & Inspection Service
Attn: Officer or Managing Agent
6020 Six Forks Rd
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/8/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $190,670.52 |

Wakefern Corp
Attn: Officer or Managing Agent
5000 Riverside Dr
Keasbey, NJ 08832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/13/2024

**Basis for the claim:** Refund

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

---

| Debtor | Freirich Foods, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | c/o I.E. Shaffer & Co.<br>PO Box 1028<br>Trenton, NJ 08628 | Line  3.27<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Internal Revenue Service<br>Attn: Bankruptcy Processing<br>4905 Koger Blvd.<br>Greensboro, NC 27407 | Line  2.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | The Honorable Merrick B. Garland<br>Attorney General for the United States<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Line  2.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | US Attorney - MDNC<br>Attn: Civil Process Clerk<br>101 South Edgeworth Street, 4th Floor<br>Greensboro, NC 27401 | Line  2.1<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:　Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.　Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 4,998,261.83 |
| 5c. Total of Parts 1 and 2<br>　　Lines 5a + 5b = 5c. | 5c. | $ | 4,998,261.83 |

**Fill in this information to identify the case:**

Debtor name    Freirich Foods, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Uniforms and other supplies | |
| | State the term remaining | Approximately 20 months | Aramark<br>Attn: Officer or Managing Agent<br>2400 Market Street<br>Philadelphia, PA 19103 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Postage machine | |
| | State the term remaining | Approximately 33 months | FP Mailing Solutions<br>Attn: Officer or Managing Agent<br>140 N. Mitchell Ct, Ste 200<br>Addison, IL 60101-5629 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of land and building | |
| | State the term remaining | ends March 31, 2024 | Freirich Holdings, LLC<br>Attn: Paul Bardinas<br>819 W. Kerr St.<br>Salisbury, NC 28144 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | IT managed services | |
| | State the term remaining | 7 months | GraceBlood LLC<br>Attn: Officer or Managing Agent<br>PO Box 27081<br>Baltimore, MD 21230 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Freirich Foods, Inc.                                    Case number (if known) _____

    First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Staffing agency | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Latin Labor Staffing<br>Attn: Officer or Managing Agent |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Generator rental | |
|---|---|---|---|
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | National Power, LLC<br>Attn: Officer or Managing Agent<br>PO Box 219168<br>Kansas City, MO 64121-9168 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Cloud services | |
|---|---|---|---|
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | Open Text Inc.<br>Attn: Officer or Managing Agent<br>9711 Washingtonian Blvd, Ste 700<br>Gaithersburg, MD 20878 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Staffing agency | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Patriot Staffing Agency<br>Attn: Officer or Managing Agent<br>429 Hudson Street<br>Salisbury, NC 28144 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Fulfillment trading partner | |
|---|---|---|---|
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | | SPS Commerce<br>Attn: Officer or Managing Agent<br>333 South Seventh St, Ste 1000<br>Minneapolis, MN 55402 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   Freirich Foods, Inc.                                      Case number *(if known)*
_____                        _____
First Name        Middle Name        Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.**   State what the contract or lease is for and the nature of the debtor's interest        Food vendor

State the term remaining

List the contract number of any government contract        _____        Sysco Corporation
Attn: Managing Agent/Officer (Bankruptcy)
1390 Enclave Parkway
Houston, TX 77077

**2.11.**   State what the contract or lease is for and the nature of the debtor's interest        Consulting Services

State the term remaining

List the contract number of any government contract        _____        The Salt Group
Attn: Officer or Managing Agent
1845 Sidney Baker Street
Kerrville, TX 78028

**2.12.**   State what the contract or lease is for and the nature of the debtor's interest        Retail food distribution broker

State the term remaining

List the contract number of any government contract        _____        Try-Angle Food
Attn: Officer or Managing Agent
17 Accord Park Dr
Norwell, MA 02061

**Fill in this information to identify the case:**

Debtor name ___Freirich Foods, Inc.___

United States Bankruptcy Court for the: ___MIDDLE DISTRICT OF NORTH CAROLINA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.13 | Digna Freirich | 3 Pine Tree Rd.<br>Salisbury, NC 28144<br>Limited guaranty | First National Bank of PA | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Freirich Holdings, LLC | Attn: Paul Bardinas<br>819 W. Kerr St.<br>Salisbury, NC 28144<br>Guaranty | First National Bank of PA | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Paul Bardinas | 1470 Glover Rd.<br>Salisbury, NC 28144 | BMW Financial Services | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Middle District of North Carolina

In re  Freirich Foods, Inc.

Debtor(s)

Case No. _____

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Digna Freirich<br>3 Pine Tree Rd.<br>Salisbury, NC 28144 | A | 111.475 | Voting |
| Digna Freirich<br>3 Pine Tree Rd.<br>Salisbury, NC 28144 | B | 540.263 | Non-voting |
| Paul Bardinas<br>1470 Glover Rd.<br>Salisbury, NC 28144 | B | 721.000 | Non-voting |
| Residuary QTIP Trust UA Jeff Freirich<br>Attn Digna Freirich<br>3 Pine Tree Rd.<br>Salisbury, NC 28144 | A | 3,318.525 | Voting |
| Residuary QTIP Trust UA Jeff Freirich<br>Attn Digna Freirich<br>3 Pine Tree Rd.<br>Salisbury, NC 28144 | B | 9,749.738 | Non-voting |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  March 20, 2024

Signature  /s/ Paul Bardinas

Paul Bardinas

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re  Freirich Foods, Inc.                            Case No. _____

                                     Debtor(s)          Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐  **FLAT FEE**

        For legal services, I have agreed to accept ........................................................  $   _____

        Prior to the filing of this statement I have received ........................................  $   _____

        Balance Due ........................................................................................................  $   _____

    ☒  **RETAINER**

        For legal services, I have agreed to accept and received a retainer of...........................  $          50,000.00

        The undersigned shall bill against the retainer at an hourly rate of...............................  $          50,000.00
        [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

        ☒ Debtor      ☐  Other (specify):

3.    The source of compensation to be paid to me is:

        ☒ Debtor      ☐  Other (specify):

4.    ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
        d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
        e.  [Other provisions as needed]
            Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

In re    Freirich Foods, Inc.                                    Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 20, 2024
*Date*

/s/ John A Northen
John A Northen 6789
*Signature of Attorney*
Northen Blue LLP
1414 Raleigh Rd
Ste 435
Chapel Hill, NC 27517-8834
(919) 948-6823   Fax: (919) 942-6603
jan@nbfirm.com
*Name of law firm*

# United States Bankruptcy Court
## Middle District of North Carolina

In re   Freirich Foods, Inc.

_____
                              Debtor(s)

Case No. _____
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   March 20, 2024                          /s/  Paul Bardinas
                                                Paul Bardinas/President
                                                Signer/Title

Amazon Capital Services
Attn: Officer or Managing Agent
410 Terry Avenue North
Seattle, WA 98109


Americold Logistics, LLC
Attn: Officer or Managing Agent
111 Imperial Drive
Sanford, NC 27330


Aramark
Attn: Officer or Managing Agent
2400 Market Street
Philadelphia, PA 19103


AT&T Mobility
Attn: Officer or Managing Agent
208 S. Akard St
Dallas, TX 75202


Atlantic Corporation
Attn: Officer or Managing Agent
806 N. 23rd Street
Wilmington, NC 28405


BJ's Wholesale Club
Attn: Officer or Managing Agent
350 Campus Drive
Marlborough, MA 01752


Blanco Tackabery & Matamoros PA
Attn: George E. Hollodick
404 N. Marshall St.
Winston Salem, NC 27101


BMW Financial Services
Attn: Officer or Managing Agent
PO Box 3608
Dublin, OH 43016-0306


Bunzl Processor Division
Attn: Officer or Managing Agent
12240 Collections Center
Chicago, IL 60693


c/o I.E. Shaffer & Co.
PO Box 1028
Trenton, NJ 08628


Canteen Refreshment Services
Attn: Officer or Managing Agent
2400 Yorkmont Rd.
Charlotte, NC 28217


Carolina Water Specialties LLC
Attn: Officer or Managing Agent
212 Cooper Lane
Easley, SC 29642

Citron Cooperman & Co CPA's LLP
Attn: Officer or Managing Agent
50 Rockefeller Plaza
New York, NY 10020


Citron Cooperman Advisors LLC
Attn: Officer or Managing Agent
50 Rockefeller Plaza
New York, NY 10020


City of Salisbury
Attn: Officer or Managing Agent
132 North Main Street
Salisbury, NC 28144


Copiers Plus
Attn: Officer or Managing Agent
7343 W Friendly Ave #C
Greensboro, NC 27410


Darrell Andrews Trucking Inc.
Attn: Officer or Managing Agent
1365 Harold Andrews Rd
Siler City, NC 27344


Digna Freirich
3 Pine Tree Rd.
Salisbury, NC 28144


Dubois Chemicals Inc.
Attn: Officer or Managing Agent
2659 Solution Center
Chicago, IL 60677


Employment Security Commission
Attn: Bankruptcy Department
PO Box 25903
Raleigh, NC 27611


First National Bank of PA
Attn: Anthony Leone
12 Federal St, Suite 500
Pittsburgh, PA 15212


FP Mailing Solutions
Attn: Officer or Managing Agent
140 N. Mitchell Ct, Ste 200
Addison, IL 60101-5629


Freirich Holdings, LLC
Attn: Paul Bardinas
819 W. Kerr St.
Salisbury, NC 28144


GraceBlood LLC
Attn: Officer or Managing Agent
PO Box 27081
Baltimore, MD 21230

Grainger Parts
Attn: Officer or Managing Agent
1401 S. Mint Street
Charlotte, NC 28203-4135


Hyundai Motor Finance
PO Box 20829
Fountain Valley, CA 92728-0829


Icon Boiler, Inc.
Attn: Officer or Managing Agent
2025 16th Street
Greensboro, NC 27415-3587


Internal Revenue Service
Attn: Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Attn: Bankruptcy Processing
4905 Koger Blvd.
Greensboro, NC 27407


Knowde
Attn: Officer or Managing Agent
14005 Live Oak Ave.
Baldwin Park, CA 91706-1300


Latin Labor Staffing
Attn: Officer or Managing Agent


Munters Corporation
Attn: Officer or Managing Agent
79 Monroe St.
Amesbury, MA 01913


National Power, LLC
Attn: Officer or Managing Agent
PO Box 219168
Kansas City, MO 64121-9168


NC Department of Revenue
Attn: Bankruptcy Department
PO Box 1168
Raleigh, NC 27640


Open Text Inc.
Attn: Officer or Managing Agent
9711 Washingtonian Blvd, Ste 700
Gaithersburg, MD 20878


Patriot Staffing Agency
Attn: Officer or Managing Agent
429 Hudson Street
Salisbury, NC 28144

Paul Bardinas
1470 Glover Rd.
Salisbury, NC 28144


Piedmont Natural Gas
Attn: Officer or Managing Agent
324 E Liberty St
Salisbury, NC 28144


Residuary QTIP Trust UA Jeff Freirich
Attn: Digna Freirich
3 PIne Tree Rd.
Salisbury, NC 28144


Senneca Holdings
Attn: Officer or Managing Agent
10021 Commerce Park Drive
Cincinnati, OH 45246


SPS Commerce
Attn: Officer or Managing Agent
333 South Seventh St, Ste 1000
Minneapolis, MN 55402


Sysco Corporation
Attn: Managing Agent/Officer (Bankruptcy
1390 Enclave Parkway
Houston, TX 77077


The Honorable Merrick B. Garland
Attorney General for the United States
950 Pennsylvania Avenue NW
Washington, DC 20530


The Salt Group
Attn: Officer or Managing Agent
1845 Sidney Baker Street
Kerrville, TX 78028


Tri-Lift NC, Inc.
Attn: Officer or Managing Agent
2421 Executive St
Charlotte, NC 28208


Trim-Rite Food Corporation
Attn: Officer or Managing Agent
801 Commerce Parkway
Carpentersville, IL 60110


Try-Angle Food
Attn: Officer or Managing Agent
17 Accord Park Dr
Norwell, MA 02061


Tryangle Foods
Attn: Officer or Managing Agent
17 Accord Park Ste 202
Norwell, MA 02061

```
UFCW Local 174 Pension Fund
Attn: Officer or Managing Agent
8751 18th Avenue
Brooklyn, NY 11214


US Attorney - MDNC
Attn: Civil Process Clerk
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401


USDA Food Safety & Inspection Service
Attn: Officer or Managing Agent
6020 Six Forks Rd
Raleigh, NC 27609


Wakefern Corp
Attn: Officer or Managing Agent
5000 Riverside Dr
Keasbey, NJ 08832
```

# United States Bankruptcy Court
## Middle District of North Carolina

In re   Freirich Foods, Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Freirich Foods, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 20, 2024

Date

/s/ John A Northen

John A Northen 6789
Signature of Attorney or Litigant
Counsel for   Freirich Foods, Inc.
Northen Blue LLP
1414 Raleigh Rd
Ste 435
Chapel Hill, NC 27517-8834
(919) 948-6823  Fax:(919) 942-6603
jan@nbfirm.com