IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| IN RE:<br><br>FREIRICH FOODS, INC.,<br><br>    DEBTOR | CASE NO. 24-50204<br>CHAPTER 11 |
|---|---|
| NOTICE OF DEBTOR'S CORRECT ADDRESS || 

NOW COMES Freirich Foods, Inc. (the "Debtor") and hereby gives notice to the Court and other parties in interest that the correct address for the Debtor is:

    815 West Kerr Street
    Salisbury, NC  28144

Date: March 21, 2024

    /s/ John A. Northen

    NORTHEN BLUE LLP
    John A. Northen, NCSB 6789
    jan@nbfirm.com
    Vicki L. Parrott, NCSB #25449
    vlp@nbfirm.com
    1414 Raleigh Road, Suite 435
    Chapel Hill, North Carolina  27517
    Telephone:  (919) 968-4441
    Counsel for the Debtor